**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

BRIAN TRAN, AS PARENT AND NEXT
FRIEND OF LYON TRAN, A MINOR,

Plaintiff,

v. No. 2:25-cv-00080-GJF-JHR

AWH PARTNERS, LLC,
D/B/A DOUBLETREE HOTEL ALBUQUERQUE,
SPIRE HOSPITALITY, LLC,
JMC QUALITY BUILDERS CORPORATION, and
MORRISON & MORRISON CONTRACTORS, INC.

Defendants.

**CORPORATE DISCLOSURE STATEMENT**
**FOR DEFENDANT SPIRE HOSPITALITY, LLC**

COMES NOW, Defendant Spire Hospitality, LLC, through its attorneys of record, YLAW, P.C., and for its Corporate Disclosure Statement for Defendant Spire Hospitality, LLC, made pursuant to FED. R. CIV. P. 7.1, respectfully state as follows:

Spire Hospitality, LLC, is a privately held limited liability company with two members – AWH Management, LLC, and TABLE Lane, LLC.

AWH Management, LLC, is a Delaware limited liability company.

No member of AWH Management, LLC, is domiciled in or a citizen of the State of New Mexico.

TABLE Lane, LLC, is a Delaware limited liability company.

No member of TABLE Lane, LLC, is domiciled in or a citizen of the State of New Mexico.

Spire Hospitality, LLC, will promptly file a supplemental Corporate Disclosure Statement if any required information changes.

Respectfully submitted,

YLAW, P.C.

*/s/ Sean E. Garrett*

Sean E. Garrett
*Attorneys for Defendant*
*Spire Hospitality, LLC*
4908 Alameda Blvd NE
Albuquerque NM 87113
Phone: (505) 266-3995
sgarrett@ylawfirm.com

I hereby certify that on February 6, 2025, the foregoing was electronically filed using the Court's CM/ECF filing system, which will provide notice and a copy of this document to all counsel of record.

*/s/ Sean E. Garrett*
Sean E. Garrett